PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

SEP 14 2023 AM8:01
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

**Raymond T. Salazar Jr.**
PETITIONER
(Full name of Petitioner)

vs.

**(T.D.C.J.) Pardons and Paroles (Admin./Classification)**
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

**(T.D.C.J.) Fort Stockton**
CURRENT PLACE OF CONFINEMENT

**2328964**
PRISONER ID NUMBER

**5-23CV-217-H**
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed, and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)

This petition concerns:
1. ___ pretrial detention;
2. ✓ a conviction;
3. ___ a sentence;
4. ___ jail or prison conditions;
5. ___ a prison disciplinary proceeding;
6. ___ parole or mandatory supervision;
7. ___ time credits;
8. ✓ other (specify): post conviction relief / medical impairment / overpopulated prison / special needs

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes)  No  If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. Grievance, multiple complaints and phone calls to prison administrator and just redirected and rerouted.

1. Place of detention: T.D.C.J. (Fort Stockton) 1536 Interstate 10, Fort Stockton, Texas 79735

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: Aggravated Robbery, yes, Convicted

3. Name and location of court in which your case is pending or in which you were convicted: District Court Lubbock, Texas

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: 4179985, Agg. Robbery

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: 15 years Aggravated / 03/31/2020

6. Check whether a finding of guilty was made:

    a. after a plea of guilty ✓

    b. after a plea of not guilty

    c. after a plea of nolo contendere

7. If you were found guilty, check whether that finding was made by:

    a. a jury

    ~~b. a judge without a jury~~ ✓

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    Yes    (No)

3

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number:

   n/a

   (2) Result and date of result:

   (3) Grounds raised (list each):

   (a)

   (b)

   (c)

   (d)

   b. (1) Name of court and docket or case number:

   n/a

   (2) Result and date of result:

   (3) Grounds raised (list each):

   (a)

   (b)

   (c)

(d) _____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. GROUND ONE: Medical impairment (heart conditions) Special needs offender, medically vulnerable from COVID-19 and overpopulation in Prisons over 97%

Supporting facts: Have had two heart attacks and have a stint in heart, serious heart/medical conditions. I am considered medically vulnerable due to medical conditions in dangerous situation vulnerable (COVID-19) and over-population. Texas prisons are at 97% percent. I have a serious medical impairment and am on Centers for Disease Control and prevention list of people w/ heart conditions.

b. GROUND TWO: Over populated Prisons, Wrongful confinement.

Supporting facts: Prison are at over 95% capacity level in which Attorney General should be pushing inmates with my medical conditions out first. Parole Board should be releasing

5

me due to my medical conditions with all due respect.

c. **GROUND THREE:**

Supporting facts:

d. **GROUND FOUR:**

Supporting facts:

11. Relief sought in this petition: Plaintiff seeks rapid release from custody due to medical conditions and covid vulnerability. Seeks release via habeus or transfer to home confinement via monitor, and or transfer to Montford (RMF) closer to home, family unable to travel this far over 300 miles.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    Yes    (No)

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: n/a

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

        (a) _____

        (b) _____

        (c) _____

        (d) _____

    b. (1) Name of court and docket or case number: n/a

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

        (a) _____

7

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on 9/11/2023 (month, day, year).

Executed (signed) on _____ 9/11/23 (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

Fort Stockton Unit
1536 Interstate 10
Fort Stockton, Texas 79735

9

